U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 JUL 23 P 3:01

CLERK

BY [signature]
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

UNITED STATES OF AMERICA,

v.

ANGEL CONCEPCION, a/k/a "Cito,"
TROY MCILWAIN, a/k/a "Breeze," and
DAVID LAUDERBACH, a/k/a "Cane,"
Defendants.

Case No. 2:26-CR-66-1-2-3

**Filed Under Seal**

# INDICTMENT

The Grand Jury charges:

## Count One

Beginning on an unknown date but not earlier than August 12, 2025 to in or about May 2026, in the District of Vermont and elsewhere, the defendants, ANGEL CONCEPCION, a/k/a "Cito," TROY MCILWAIN, a/k/a "Breeze," DAVID LAUDERBACH, a/k/a "Cane," and others, known and unknown to the grand jury, knowingly and intentionally conspired to distribute controlled substances, *i.e.* a mixture and substance that contained a detectible amount of cocaine, a mixture and substance that contained a detectible amount of cocaine base, and a mixture and substance that contained a detectible amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propenamide (fentanyl), all of which are Schedule II controlled substances.

For CONCEPCION and MCILWAIN, the conspiracy involved 40 grams or more of a mixture and substance containing a detectible amount of fentanyl.

Before CONCEPCION committed the offense charged in this count, CONCEPCION had a final conviction for a serious drug felony, namely:

- a judgment of conviction on April 22, 2014, for conspiracy to distribute and possess with intent to distribute crack cocaine, in the U.S. District Court for the Southern District of New York in Case No. 1:12-cr-00732,

for which CONCEPCION served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

Before MCILWAIN committed the offense charged in this count, MCILWAIN had a final conviction for a serious drug felony, namely:

- a judgment of conviction on September 6, 2019, for possession with intent to distribute cocaine base, in the U.S. District Court for the District of Vermont in Case No. 2:18-cr-126,

for which MCILWAIN served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

(21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(B), 841(b)(1)(C))

Counts Two through Seven

On or about the dates set forth below, in the District of Vermont, the defendants listed below, ANGEL CONCEPCION, a/k/a "Cito," TROY MCILWAIN, a/k/a "Breeze," and DAVID LAUDERBACH, a/k/a "Cane," knowingly and intentionally distributed a mixture and substance that contained a detectible amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propenamide (fentanyl), a Schedule II controlled substance:

| Count | Date | Defendants |
|---|---|---|
| Two | 9/3/25 | CONCEPCION<br>MCILWAIN |
| Three | 9/17/25 | MCILWAIN |
| Four | 11/7/25 | MCILWAIN |
| Five | 1/16/26 | MCILWAIN |
| Six | 3/5/26 | CONCEPCION |
| Seven | 4/13/26 | CONCEPCION<br>LAUDERBACH |

(21 U.S.C. §§ 841(a), 841(b)(1)(C))

Counts Eight through Nine

On or about the dates set forth below, in the District of Vermont, the defendants listed below, ANGEL CONCEPCION, a/k/a "Cito," and DAVID LAUDERBACH, a/k/a "Cane," knowingly and intentionally distributed a mixture and substance that contained cocaine and cocaine base, Schedule II controlled substance:

| Count | Date | Defendants | Controlled Substance |
|---|---|---|---|
| Eight | 8/12/25 | CONCEPCION | Cocaine Base |
| Nine | 3/20/26 | CONCEPCION, LAUDERBACH | Cocaine |

(21 U.S.C. §§ 841(a), 841(b)(1)(C))

A TRUE BILL

[redacted]

FOREPERSON

JONATHAN A. OPHARDT
First Assistant United States Attorney

DANA E. HILL
Assistant United States Attorney
Burlington, Vermont
July 23, 2026